BENEDICTO, DEMANDANTE Y APELADO *v.* BRAC, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre cobro de honorarios.

MOCIÓN del apelado para que se desestime la apelación.

No. 1549.—Resuelto en noviembre 10, 1916.

DESESTIMACIÓN DE APELACIÓN—TRANSCRIPCIÓN DE AUTOS ARCHIVADA DESPUÉS DE NOTIFICADA LA MOCIÓN.—Cuando el apelante verifica el archivo de la transcripción de autos después de notificado de una moción del apelado para que se desestime la apelación por no haberse aquélla radicado en tiempo, tal

archivo no puede considerarse contestación eficaz a la referida moción de acuerdo con la letra de la sección 58 del Reglamento del Tribunal Supremo.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Enrique Rincón.*

El apelado compareció en nombre propio.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La sentencia apelada en este caso se dictó el 31 de mayo de 1916, y la apelación se interpuso el 29 de junio del mismo año. El apelante solicitó de la corte de distrito varias prórrogas. para preparar su exposición del caso. La última de dichas prórrogas venció el 18 de agosto último y el apelante no presentó la exposición.

Así las cosas, el apelado, el 22 de agosto de 1916, archivó en la secretaría de esta Corte Suprema una moción documentada solicitando la desestimación del recurso por no haberse radicado en tiempo la transcripción de los autos. El apelado notificó el mismo día su moción al abogado del apelante. El propio día 22 de agosto, a las 7 p. m., el apelante archivó la transcripción de los autos consistente en la demanda, la contestación, la opinión de la corte, la sentencia, el escrito de apelación y la certificación. No forma parte de ella ninguna exposición del caso.

El apelante acepta que archivó la transcripción después de vencido el término que la ley y las reglas de esta corte le conceden, pero se acoge a lo dispuesto en la regla 58 que dice así:

"Si la copia de los autos no fuere presentada dentro del término prescrito, puede desestimarse la apelación al hacerse una moción en tal sentido previa notificación de la misma. Si la copia de los autos, ha sido presentada a la fecha en que se haga tal notificación, este hecho constituirá una contestación eficaz a la referida moción, aun en el caso de que dicha copia no se hubiere presentado dentro del término prescrito."

17 D. P. R. LXXIII.

Como hemos consignado, la moción de desestimación se

notificó al apelante el 22 de agosto último y en ese mismo día, pero a las 7 p. m., el apelante archivó la transcripción, de suerte que verificó tal archivo después de notificada la moción y en tal virtud su contestación no puede considerarse eficaz de acuerdo con la letra de la disposición invocada por él mismo. Véanse *Parker* v. *Oller*, 21 D. P. R. 449, y *Diez* v. *Vélez et al.*, 16 D. P. R. 851.

El apelante no alegó por escrito ni oralmente en el acto de la vista de la moción de desestimación, ninguna causa explicativa de su tardanza, y por lo tanto no ha proporcionado a esta corte dato alguno que pudiera servirle para ejercitar en su favor la discreción de que está investida en casos de esa naturaleza. Véase *Gandía* v. *Pizá Hermanos, S. en C.*, 17 D. P. R. 337.

Debe desestimarse el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.